UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION



*********************************************************************************************

|  |  |  |
|---|---|---|
| BARBARA L. DEWALD, | * | CIV. 07-3036-CBK |
|  | * |  |
| Plaintiff, | * |  |
|  | * | REPORT AND RECOMMENDATIONS |
| -vs- | * | FOR DISPOSITION OF MOTION FOR |
|  | * | AWARD OF ATTORNEY'S FEES AND COSTS |
| MICHAEL J. ASTRUE, Commissioner | * |  |
| of Social Security, | * |  |
|  | * |  |
| Defendant. | * |  |
|  | * |  |

*********************************************************************************************

Plaintiff, Barbara L. Dewald, by and through her attorney, Steven R. Pfeiffer, filed a motion seeking an award of attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 18 U.S.C. §2412(d), and a memorandum in support thereof, Docket Nos. 22, 23. Defendant, Michael J. Astrue, has filed a response to Plaintiff's motion, resisting the same, Docket No. 26. The District Court[1] referred the motion to this Court pursuant to 28 U.S.C. §636(b)(3), Docket No. 27. Thereafter, the parties filed a joint stipulation agreeing to an award of $7,500 in attorney's fees, plus sales tax thereon. The Court has reviewed the joint stipulation and believes that based on the circumstances, the award agreed upon is just and reasonable under the circumstances. Accordingly, the Court hereby

RECOMMENDS that the parties' joint stipulation be adopted and that the sum of $7,500 in attorney's fees, plus applicable sales tax, be paid directly to Mr. Pfeiffer.

---

[1]The Honorable Charles B. Kornmann, United States District Judge, presiding.

Dated this 22nd day of January, 2009, at Pierre, South Dakota.

**BY THE COURT:**

**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

**ATTEST:**
**JOSEPH HAAS, CLERK**
BY:
       **Deputy**

**(SEAL)**

# NOTICE

Failure to file written objections to the within and foregoing Report and Recommendation within ten (10) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendations before the assigned United States District Judge. See 28 U.S.C. §636(b)(1).

2